WO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| C.H. ROBINSON COMPANY | ) | CASE NO. 2:08-cv-10 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EL POTOSINO PRODUCE, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

The Court has before it Plaintiff C.H. Robinson Company's Motion for Default Judgment against Defendants El Potosino Produce, LLC and Benjamin De La Torre (Doc. #11), with the Declaration of Bob Biesterfeld, Affidavit of Devin Oddo, and accompanying exhibits, in support. After reviewing these materials and the Complaint, the Court finds as follows:

1.  On January 23, 2008 Defendants were each personally served with the Complaint and Summons. Twenty days have passed, and neither Defendant has appeared or responded to Plaintiff's Complaint.

2.  From November 10, 2006 to December 14, 2006, Plaintiff sold perishable agriculture commodities ("produce") to Defendants in the principal amount of $19,529.65.

3.  Despite accepting and receiving the produce from Plaintiff, Defendants failed and refused to pay Plaintiff the principal amount of $19,529.65 despite multiple demands by Plaintiff.

4.  On the face of each invoice sent to Defendant, Plaintiff included the language required by 7 U.S.C. §499e(c)(3).

5.  Plaintiff also included language on the face of each invoice that "You agree to pay interest at 1 ½ % per month and any attorneys fees incurred necessary to collect payment. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction."

6.  In pursuing its action against Defendants, Plaintiff incurred attorney fees of $5,002.50. Prejudgment interest of $4,309.98 has accrued on the unpaid invoices.

IT IS THEREFORE ORDERED AS FOLLOWS:

a.  Granting the Motion for Default Judgment (Doc. #11).

b.  The Clerk of the Court shall enter Default Judgment in favor of Plaintiff C.H. Robinson Company and against Defendants El Potosino Produce, LLC and Benjamin De La Torre, jointly and severally, in the principal amount of $19,529.65;

c.  Plaintiff is entitled to $5,002.50 in attorney fees and $4,309.98 in prejudgment interest. Defendants shall be jointly and severally liable for these amounts;

1 | and
2 |     d.    Post-judgment interest shall accrue at the applicable federal rate from the
3 | date Judgment is entered.
4 |
5 |     Dated this 21st day of April, 2008.

/s/ James A. Teilborg
United States District Judge